FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2020

No. 04-20-00199-CR

Rosalinda **OLALDE**,
Appellants
v.
The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR2152
Honorable Jennifer Pena, Judge Presiding

# O R D E R

Appellant's brief was originally due July 3, 2020. Appellant has filed a motion requesting an additional 60 days to file the appellant's brief. The motion is granted in part. We order counsel for appellant to file the appellant's brief by October 2, 2020. Counsel is advised that no further extensions of time will be granted absent a timely motion that: (1) demonstrates extraordinary circumstances justifying further delay; (2) advises the court of the efforts counsel has expended in preparing the brief; and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy workload to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court